No. 01–6486. BASILE *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied. ▮

No. 01–6498. MORIN *v.* TRUSTEES, SOUTHERN CONNECTICUT STATE UNIVERSITY, ET AL. App. Ct. Conn. Certiorari denied.

No. 01–6499. TOKAR *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 01–6509. CAUDILL *v.* JARVIS, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 01–6517. KIZER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–6544. CARTER *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–6548. YOUNG *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–6559. ROCKFORD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–6560. SPRENZ *v.* HUFFMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6564. MAHAFFEY *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 01–6565. KNUTSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6566. JOHNSON *v.* GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 01–6567. TREADWELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–6569. DASH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.